# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| MEREDITH TRENT CREEKMORE | § | |
| | § | |
| V. | § | NO. 1:00-CV-264 |
| | § | |
| ATTORNEY GENERAL OF TEXAS, | § | |
| SHERIFF OF JEFFERSON COUNTY, | § | |
| CHIEF OF POLICE OF THE CITY OF | § | |
| BEAUMONT, and THOMAS A. | § | |
| DAVIS, in his official capacity as the | § | |
| director of the Texas Department of | § | |
| Public Safety | § | |

## FINAL JUDGMENT AND INJUNCTION

This action came on for hearing before the undersigned pursuant to written consent of all parties. The issues having been duly heard, and a written decision having been rendered, it is

**ORDERED** and **ADJUDGED**:

1. Plaintiff, Meredith Trent Creekmore, shall recover nothing, and the action is **DISMISSED** as to defendants Greg Abbott, Attorney General of Texas, and Thomas Scofield, Chief of Police of the City of Beaumont;

2. Defendants, G. Mitch Woods, Sheriff of Jefferson County, Texas, and Thomas A. Davis, Jr., Director of the Texas Department of Public Safety, their officers, agents, servants, employees, attorneys, and all other persons acting in concert and participation with them, are **ENJOINED** and **RESTRAINED** from:

    a.      Requiring plaintiff to register as a sex offender under Article 62.01(5)(J), Texas Code of Criminal Procedure, and

    b.      Giving or continuing to publish public notice, including Internet notice, of plaintiff's convictions and other registration information.

3.    Plaintiff shall take nothing on all other claims for relief, and the action is **DISMISSED** on the merits as to those claims; and

4.    Plaintiff shall recover of defendants, G. Mitch Woods, Sheriff of Jefferson County, Texas, and Thomas A. Davis, Jr., Director of the Texas Department of Public Safety, his costs of action, if any.

5.    Defendants are not compelled by this judgment to refrain from applying the Texas Sex Offender Registration Program, Article 62.01, *et seq.*, Texas Code of Criminal Procedure, to plaintiff in accordance with amendments enacted during pendency of this action. The court's injunction applies only to the constitutionally deficient procedure utilized in January, 2000, and perpetuated to date.

**SIGNED** this 30 day of September, 2004.

*/s/ Earl S. Hines*

EARL S. HINES
UNITED STATES MAGISTRATE JUDGE